UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD A. GRECA,

    Plaintiff/Counter-Defendant,         Case No. 16-cv-10870
                                                              Hon. Matthew F. Leitman

vs.

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant/Counter-Plaintiff.
_____/

**STIPULATION DISMISSING THE ABOVE MATTER WITH PREJUDICE**

    NOW COME the Parties in the above action and stipulate and agree that this case , including the counterclaim, should be **DISMISSED WITH PREJUDICE** and without an award of attorney fees, costs or interest to either Party.

| | |
|---|---|
| s/Charles W. Palmer | s/David M. Davis |
| Charles W. Palmer | David M. Davis |
| Attorney for Plaintiff | Attorney for Defendant |
| 140 Elm Street | Hardy, Lewis |
| Wyandotte, MI 48192 | 401 S. Old Woodward Ave., Suite 450 |
| (734) 284-5550 | Birmingham, MI 48009-6613 |
| cpalmerpc@sbcglobal.net | (248) 203–0230 |
| | dmd@hardylewis.com |

Dated: September 19, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD A. GRECA,

    Plaintiff/Counter-Defendant,    Case No. 16-cv-10870
                                                       Hon. Matthew F. Leitman

vs.

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant/Counter-Plaintiff.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and filing of the Parties' Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action, including the counterclaim, shall be, and hereby is **DISMISSED WITH PREJUDICE** without an award of interest, costs or attorney fees to either Party.

This is a final Order resolving all claims and closing the case.

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  September 19, 2017